

Omid A. Mantashi (SBN 208226)
Law Office of Omid A. Mantashi
360 Grand Avenue, Suite 90
Oakland, CA 94610
Tel: (510) 593-9442
Fax: (510) 868-8310
omid@ipfoundry.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITNESS ANYWHERE, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PAVEL "PAUL" ZAICHIK; ANNA ZAICHIK; *et al.*<br><br>Defendants. | Case No.: CV11 0427<br><br>CERTFICATE OF INTERESTED PARTIES BY PLAINTIFF FITNESS ANYWHERE, INC. |

CERTIFICATE OF INTERESTED PARTIES . . . . . . . . . . . . . . . . . . . . . . . 1

Pursuant to Civil L. R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated this 28 day of January, 2011,   Respectfully submitted:

Omid A. Mantashi (SBN 208226)
Law Office of Omid A. Mantashi
360 Grand Avenue, Suite 90
Oakland, CA 94610
Tel: (510) 593-9442
Fax: (510) 868-8310
omid@ipfoundry.com

Attorney for Plaintiff
FITNESS ANYWHERE, INC.

CERTIFICATE OF INTERESTED PARTIES . . . . . . . . . . . . . . . . . . . . . . . . 2