Omid A. Mantashi (SBN 208226)
Law Office of Omid A. Mantashi
360 Grand Avenue, Suite 90
Oakland, CA  94610
Tel:  (510) 593-9442
Fax:  (510) 868-8310
omid@ipfoundry.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FITNESS ANYWHERE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PAVEL "PAUL" ZAICHIK, *et al.* <br><br> Defendants. <br><br> ──────────────────────────── <br><br> AND RELATED COUNTERCLAIMS | Case No.:  CV 11-0427 SI <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE <br><br> Hearing Date:   May 27, 2011 <br> Ctrm:           10, 19th Flr. <br><br> Hon. Susan Illston |

[Prop.] Order Granting Joint Req. for Telephonic Appearance
Case No. CV 11-0427 EDL………………………………….**1**

1  WHEREAS pursuant to Civ. Local Rule 16-10(a), the parties have timely
2  requested leave of Court to appear at the Initial Case Management Conference telephonically;
3  NOW THEREFORE, good cause appearing for counsel's request;
4  IT IS HEREBY ORDERED, that counsel of record appear telephonically for the
5  Initial Case Management Conference currently scheduled to commence at 2:30 PM, on May
6  27, 2011, before the Hon. Susan Illston.

8  IT IS SO ORDERED.

11  5/12/11
    Date

    Hon. Susan Illston
    United States District Court Judge
    Northern District of California

[Prop.] Order Granting Joint Req. for Telephonic Appearance
Case No. CV 11-0427 EDL ……………………………………. 2