IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITNESS ANYWHERE,<br><br>    Plaintiff,<br><br>    v.<br><br>PAVEL PAUL ZAICHIK,<br><br>    Defendant.<br>                                   / | No. C 11-00427 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 7, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 30, 2012.

DESIGNATION OF EXPERTS: June 13, 2012; REBUTTAL: July 13, 2012.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 13, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by October 12, 2012;

    Opp. Due October 26, 2012; Reply Due November 2, 2012;

    and set for hearing no later than November 16, 2012 at 9:00 AM.

CLAIM CONSTRUCTION HEARING: December 14, 2011 at 3:30 p.m.

PRETRIAL CONFERENCE DATE: February 5, 2013 at 3:30 PM.

JURY TRIAL DATE: February 19, 2013 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
(SEE MINUTES FOR DATES RE: PATENT LOCAL RULES)

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/27/11

                                                      SUSAN ILLSTON
                                                      United States District Judge