UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FITNESS ANYWHERE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PAVEL "PAUL" ZAICHIK, et al. <br><br> Defendants. | Case No.: CV 11-0427 SI <br><br> [~~PROPOSED~~] **ORDER TO CHANGE THE DEADLINE FOR MEDIATION** <br><br> Ctrm: 10, 19th Flr. <br><br> Hon. Susan Illston |

    Plaintiff Fitness Anywhere, Inc. ("FAI") and Defendants Pavel Zaichik and Anna Zaichik (collectively "Defendants") stipulate to change the date of completion of mediation from July 19, 2011 to September 30, 2011.  This change is requested because the Defendants' Invalidity Contentions are due on July 25, 2011 (after the mediation deadline) and the parties believe that the mediation session would be more fruitful if the parties have the full benefit review and consideration of the Infringement Contentions and the Invalidity Contentions to ascertain the

---

[Proposed] Order to Extend Mediation Deadline
Case No. CV 11-0427 SI . . .. . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . .                                        1

merits of significant issues in the litigation. Additionally, the Defendants' work schedules and travel schedules impact availability to participate in mediation in the month of August 2011.

The Court hereby Orders that the date for completion of mediation is September 30, 2011.

Dated:

_____
Honorable Susan Illston
U.S. District Court Judge

7/20/11

_____

[Proposed] Order to Extend Mediation Deadline
Case No. CV 11-0427 SI . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2