UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| FITNESS ANYWHERE, INC.,<br>    Plaintiff, | No. C 11-0427 SI |
| v. | **ORDER RE: ATTENDANCE** |
| PAVEL ZAICHIK, et al.,<br>    Defendants. | Date:     September 13, 2011<br>Mediator: Michael Sobel |

IT IS HEREBY ORDERED that the request to excuse defendants Pavel Zaichik and Anna Zaichik from personal attendance at the September 13, 2011, mediation before Michael Sobel is DENIED. The court finds that defendants have not made an adequate showing that their being required to attend the session in person would cause them "extraordinary or otherwise unjustifiable hardship" as required by ADR L.R. 6-10(d). Accordingly, the request is DENIED and these defendants shall appear in person at the mediation.

IT IS SO ORDERED.

September 6, 2011                By:     _Elizabeth D. Laporte_
Dated                                            Elizabeth D. Laporte
                                                    United States Magistrate Judge